# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

DAVID NEIL HARVIEUX  
713 ALBANY DR  
HERMITAGE, TN   37076

ASHLEY MARIE HARVIEUX  
105 WELDON DR  
HERMITAGE, TN   37076

Case No. **10-03664-GP3-13**

JUDGE GEORGE C PAINE

SSN XXX-XX-8908     SSN XXX-XX-4327

**TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS**

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **08/16/2010.** The deadline for filing claims by governmental units was **10/04/2010.**  After such examination the Trustee states that claims should be deemed

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ROTHSCHILD AND AUSBROOKS PLLC<br>1222 16TH AVE SOUTH SUITE 12<br>NASHVILLE, TN   37212 | $4,013.00<br>DATE FILED: 04/06/2010 | PRIORITY CREDITOR (C)<br>Disb level: 31<br><br>ACCT:<br>COMM: |
|  | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| AMERICAN GENERAL FINANCIAL<br>61 E THOMPSON LN STE 114<br>NASHVILLE, TN   37211 | $3,239.50<br>DATE FILED: 05/18/2010 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT: **0804**<br>COMM: 02 MITSUBISHI GALANT |
|  | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 % + 5.00%** | COURT'S CLAIM# 5 |
| HSBC BANK NEVADA NA<br>% BASS AND ASSOCIATES<br>3936 E FT LOWELL STE 200<br>TUCSON, AZ   85712 | $4,155.00<br>DATE FILED: 08/11/2010 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT: **1223**<br>COMM: 04 HONDA<br>CBR600/SURR/RELIEF GRANTED |

| | TRUSTEE'S CLAIM NO: 3 | COURT'S CLAIM# 10 |
|---|---|---|
| | PERCENT ALLOWED: **100.00 % + 3.25%** | |
| HUNTINGTON NATIONAL BANK<br>P O BOX 89424<br>CLEVELAND, OH  44101 | **$17,491.60**<br>DATE FILED: 05/13/2010 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 21<br><br>ACCT: **5630**<br>COMM: 07 NISSAN ALTIMA |
| | TRUSTEE'S CLAIM NO: 4 | COURT'S CLAIM# 4 |
| | PERCENT ALLOWED: **100.00 % + 3.25%** | |
| STUDENT LOAN XPRESS INC<br>% EDUCATION LOAN SERVICING CORP<br>1500 WEST 3RD AVE STE 125<br>CLEVELAND, OH  44113 | **$6,382.21**<br>DATE FILED: 07/20/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4327**<br>COMM: AES/SLX/PRIVATE LOANS |
| | TRUSTEE'S CLAIM NO: 5 | COURT'S CLAIM# 9 |
| | PERCENT ALLOWED: **100.00 %** | |
| CHILDRENS MED GRP<br>3786 CENTRAL PIKE STE 130<br>HERMITAGE, TN  37076 | **$0.00**<br>DATE FILED: 04/07/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6726**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 6 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **100.00 %** | |
| EQUITABLE ACCEPTANCE CORP<br>P O BOX 27007<br>MINNEAPOLIS, MN  55427 | **$2,053.09**<br>DATE FILED: 06/22/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9197**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 7 | COURT'S CLAIM# 8 |
| | PERCENT ALLOWED: **100.00 %** | |
| PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY ASSOC<br>P O BOX 12914<br>NORFOLK, VA  23541 | **$227.39**<br>DATE FILED: 05/18/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2538**<br>COMM: GE MONEY BANK/AMERICAN EAGLE |

| | TRUSTEE'S CLAIM NO: 8 | COURT'S CLAIM# 6 |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| DEPARTMENT STORES NATIONAL BANK<br>MACYS<br>% NCO FINANCIAL SYSTEMS<br>P O BOX 4275<br>NORCROSS, GA  30091 | **$411.12**<br>DATE FILED: 04/15/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8898**<br>COMM: |

| | TRUSTEE'S CLAIM NO: 9 | COURT'S CLAIM# 1 |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| SALLIE MAE<br>11100 USA PKWY<br>FISHERS, IN  46037 | **$0.00**<br>DATE FILED: 04/07/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **xxxx**<br>COMM: STUDENT LOAN |

| | TRUSTEE'S CLAIM NO: 10 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| SALLIE MAE GUARANTEE SERVICES -<br>MC 8303<br>ATTN: DEPOSIT OPERATIONS<br>P O BOX 7167<br>INDIANAPOLIS, IN  46206 | **$5,771.09**<br>DATE FILED: 05/05/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4327**<br>COMM: STUDENT LOAN |

| | TRUSTEE'S CLAIM NO: 11 | COURT'S CLAIM# 2 |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| WFNNB/MAURICES<br>P O BOX 182273<br>COLUMBUS, OH  43218 | **$0.00**<br>DATE FILED: 04/07/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **xxxx**<br>COMM: |

| | TRUSTEE'S CLAIM NO: 12 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **100.00 %** | |

| | | |
|---|---|---|
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR WORLD FINANCIAL<br>NETWORK NATIONAL BANK<br>P O BOX 248872<br>OKLAHOMA CITY, OK  73124 | **$110.52**<br>DATE FILED: 05/28/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0236**<br>COMM: VICTORIAS SECRET/WFFNB |

|  |  |  |
|---|---|---|
|  | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 7 |
| WFNNB/AMERICAN SIGNATURE FURN<br>P O BOX 18273<br>COLUMBUS, OH  43218 | **$0.00**<br>DATE FILED: 04/07/2010 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **xxxx**<br>COMM: |
|  | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| WILSON BANK AND TRUST/VISA<br>P O BOX 4512<br>CAROL STREAM, IL  60197 | **$0.00**<br>DATE FILED: 04/07/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7646**<br>COMM: VISA |
|  | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| A T & T<br>P O BOX 44183<br>JACKSONVILLE, FL  32231 | **$0.00**<br>DATE FILED: 04/07/2010 | LEASE PYMT/POST PET (K)<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: CELL PHONE |
|  | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| STEPHANIE CRITCH<br>1304 GEORGETOWN DR<br>OLD HICKORY, TN  37138 | **$0.00**<br>DATE FILED: 04/07/2010 | LEASE PYMT/POST PET (K)<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: RESIDENTIAL LEASE |
|  | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131 | **$0.00**<br>DATE FILED: 04/26/2010 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: AMERICAN EAGLE OUTFITTERS |

|  | TRUSTEE'S CLAIM NO: 18 | COURT'S CLAIM# |
|---|---|---|
|  | PERCENT ALLOWED: .00 % |  |
| HSBC BANK NEVADA NA<br>BASS AND ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | **$0.00**<br>DATE FILED: 05/03/2010 | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: POLARIS |
|  | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: .00 % | COURT'S CLAIM# |
| MIDLAND CREDIT MANAGEMENT INC<br>8875 AERO DRIVE SUITE 200<br>SAN DIEGO, CA  92123 | **$1,087.89**<br>DATE FILED: 05/07/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5399**<br>COMM: CAPITAL ONE |
|  | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 3 |
| HSBC BANK NEVADA NA<br>% BASS AND ASSOCIATES<br>3936 E FT LOWELL STE 200<br>TUCSON, AZ  85712 | **$5,728.80**<br>DATE FILED: 08/11/2010 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1223**<br>COMM: UNSECURED PORTION OF SPLIT CLAIM |
|  | TRUSTEE'S CLAIM NO: 10003<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 10 |

| TOTAL | $50,945.21 |
|---|---|

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| 11/08/2010 | JL | /s/ Henry E. Hildebrand, III |
|---|---|---|
| DATE | INITIALS | HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 190664<br>NASHVILLE, TN  37219-0664<br>PHONE: 615-244-1101<br>FAX: 615-242-3241<br>pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III
    DAVID NEIL HARVIEUX
    713 ALBANY DR
    HERMITAGE, TN  37076

ROTHSCHILD AND AUSBROOKS PLLC
1222 16TH AVE SOUTH SUITE 12
NASHVILLE, TN  37212